UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GUILLORY, | No. C 09-1381 SI (pr) |
|     Petitioner, | **JUDGMENT** |
|   v. | |
| BEN CURRY, | |
|     Respondent. | |

The petition for writ of habeas corpus is denied.  Judgment is entered accordingly.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 4, 2011

                                                        SUSAN ILLSTON
                                        United States District Judge